## VA. ELECTRIC AND POWER CO. v. TILLETT

No. 371P86.

Case below: 80 N.C. App. 383.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 12 August 1986.

## WEE ONE'S PARADISE DAY CARE CENTER, INC. v. MARYLAND CASUALTY COMPANY

No. 428P86.

Case below: 81 N.C. App. 158.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.